IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUE C. KAYSER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 12-cv-910-CJP |
| | ) |
| CAROLYN W. COLVYN,[1] | ) |
| | ) |
|     Defendant. | ) |

## MEMORANDUM AND ORDER

**PROUD, Magistrate Judge:**

This matter is now before the Court on the parties' Joint Stipulation for Remand. **(Doc. 21)**.

There are only two avenues for remanding a social security case. Remand can be ordered pursuant to sentence four or to sentence six of 42 U.S.C. § 405(g). A sentence four remand depends upon a finding of error, and is itself a final, appealable order. In contrast, a sentence six remand is for the purpose of receipt of new evidence, but does not determine whether the Commissioner's decision as rendered was correct. A sentence six remand is not an appealable order. See, ***Melkonyan v. Sullivan*, 501 U.S. 89 (1991);** ***Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).**

---

[1] Carolyn W. Colvin was named Acting Commissioner of Social Security on February 14, 2013. Pursuant to Fed. R. Civ. P. 25(d), she is substituted as defendant herein. No further action is necessary to continue this action by reason of the last sentence of 42 U.S.C. §405(g). ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.")

Here, the parties stipulate that this case should be remanded pursuant to sentence four.  In accordance with *Schaefer v. Shalala***, 509 U.S. 292, 302-303 (1993),** judgment will be entered in favor of plaintiff.

The Court notes that plaintiff applied for benefits in February, 2009, and the ALJ issued his decision in February, 2011.  (Tr. 20-29).  Administrative remedies were not completed until June, 2012, when the Appeals Council denied review.  (Tr. 1).  While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this matter on remand to the extent practicable.

For good cause shown, the parties' Stipulation to Remand **(Doc. 21)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying John A. Mitan's  application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

DATED:   April 11, 2013.

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNTIED STATES MAGISTRATE JUDGE**